LAWRENCE S. BORAH (1942-1996)
ROBERT D. GOLDSTEIN ++
MYRON I. ALTSCHULER
TODD I. NAHINS
HARRIET M. POLINSKY
ERIC M. GOIDEL
DAVID R. BRODY
DAVID B. ROSENBAUM
STEPHEN C. SHULMAN

LESTER J. FIGUEROA
GREGORY C. SOUMAS **
CARLA M. SEALS
DAVID B. CABRERA ***
PAUL N. GRUBER
GREGORY G. VAIL

WILLIAM J. EBERIGHT +
JEFFREY C. CHANCAS
DOROTHY KELLER
JOSEPH I. FARCA
STEVEN H. COHEN +++
LAWRENCE E. GOLDSTEIN
CARLOS PEREZ-HALL
JEFFREY H. SEIDEN
JEFFREY L. NOGEE
ADAM P. COOPER*
CRAIG A. KRAUS
CRAIG M. NOTTE
DARREN R. MARKS

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

ATTORNEYS AT LAW

377 BROADWAY

NEW YORK, N.Y. 10013-3993

(212) 431 – 1300

www.borahgoldstein.com

Fax Number: (212) 334-0960

WRITER'S DIR. #: (212) 965-2663
WRITER'S DIR. FAX: (212) 965-2773
E-MAIL ADDRESS: JCHANCAS@BORAHGOLDSTEIN.COM

STEVE A. RUBINSHTEYN ***
ANNA GUILIANO *
JESSICA C. SERRANO
EFERIEKOSE O. UKALA *
MICHAEL E. CAMPOREALE
CHERYL WEINHEIM *
JONATHAN B. SCHREIER
ZACHARY C. COHEN *
DINA COHEN *
JOSEPH MANUEL CLARO
ARIEL S. FARKAS
MICHAEL R. NERENBERG *
DAVID NAPITUPULU *

OF COUNSEL

LEE M. ZELDIN
RONALD D. HARIRI
WENDY K. GOIDEL
MARK KRASSNER

MEMBER OF

+       N.Y. & FLA. BAR
++      N.Y. & WASH. D.C. BAR
+++     N.Y. & CA BAR
*       N.Y. & N.J. BAR
**      N.Y., MA & WASH. D.C. BAR
***     N.Y. & CT BAR

October 30, 2013

<u>Via ECF</u>

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Shimshon Wexler v. Borah, Goldstein, Altschuler, Nahins & Goldstein, P.C.; Stephen C. Shulman
United States District Court, Southern District of NY
<u>Case No.: 13-cv-07134 (DLC)</u>

Honorable Judge Cote:

This firm and one of its partners, Stephen C. Shulman, are the Defendants in the above-referenced matter. We respectfully request an extension of time for the Defendants to answer, move or otherwise respond to the Complaint from November 8, 2013 to and including December 2, 2013.

Accompanying this letter is a Stipulation Extending Defendants' Time to Answer to December 2, 2013, which has been signed by counsel for Plaintiff and by me as a member of the firm.

This is the first request by Defendants for an extension of time to answer and is being made in order to provide Defendants with sufficient time to negotiate a possible settlement and/or to investigate and respond to the Complaint.

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

Honorable Denise L. Cote
Pg. 2

There are no scheduled dates.

I respectfully request that the Court grant this extension and so-order the accompanying Stipulation.

Thank you.

Respectfully submitted,

JEFFREY C. CHANCAS

cc: Via E-Mail
acohen@cohenlawpc.net
Aaron Cohen, Esq.
The Cohen Law Office, P.C.
Attorneys for Plaintiff

S:\Letters\ltr to Judge Crotty.Wexler.v.BGANG&SHULMAN.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

------------------------------------------------------------------X
SHIMSHON WEXLER, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, PC; STEPHEN C. SHULMAN,

        Defendants.
------------------------------------------------------------------X

Index No.: 1:13-cv-07134-PAC

ECF CASE

STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants as follows:

1. The time for Defendants to answer, move, or otherwise respond to the Complaint is extended to and including December 2, 2013.

2. This is the first request by Defendants for an extension of time to answer, move, or otherwise respond to the Complaint, and is being made in order to provide Defendants with sufficient time to negotiate a possible settlement and/or to investigate and respond to the Complaint.

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
', NY 10013-3993
!12) 431-1300

S:\stipulations\Extension\Shimshon v. Shulman&bgan&g

3. This Stipulation may be executed in one or more counterparts, each of which will be deemed an original and all of which together will constitute one instrument.

Dated: New York, New York
October 29, 2013

THE COHEN LAW OFFICE, PC
Attorneys for Plaintiff

By: _____
AARON COHEN, ESQ.
675 Third Avenue, 8th Floor
New York, New York  10017
Tele. (212) 813-2000
Fax: (212) 537-6861
acohen@cohenlawpc.net

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C. and
STEPHEN C. SHULMAN
(A Member of the Firm)
Defendants *Pro Se*

By: _____
JEFFREY C. CHANCAS, ESQ.
(A Member of the Firm)
377 Broadway
New York, New York  10013
Tel. (212) 965-2663
Fax (212) 965-2773
jchancas@borahgoldstein.com

SO ORDERED:

_____
DENISE L. COTE
U.S.D.J.

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

2

S:\stipulations\Extension\Shimshon v. Shulman&bgan&g...