UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

---------------------------------------------------------------------X
SHIMSHON WEXLER, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, PC; STEPHEN C. SHULMAN,

                Defendants.
---------------------------------------------------------------- ------X

Index No.: 1:13-cv-07134-PAC

ECF CASE

STIPULATION OF VOLUNTARY DISMISAL WITH PREJUDICE

1. Plaintiff, Shimshon Wexler, by and through his undersigned counsel, and Defendants *Pro Se*, Borah, Goldstein, Altschuler, Nahins and Goidel, P.C. and Stephen C. Shulman, pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice*, with regard to all defendants.

2. Each party shall bear their own attorney's fees and costs.

3. This Stipulation may be executed in one or more counterparts, each of which will be deemed an original and all of which together will constitute one instrument.

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

    4. Facsimile copies of the signatures shall be deemed originals for all purposes.

Dated: New York, New York
November 20, 2013

| | |
|---|---|
| THE COHEN LAW OFFICE, PC<br>Attorneys for Plaintiff<br><br>By: _____<br>AARON COHEN, ESQ.<br>675 Third Avenue, 8th Floor<br>New York, New York 10017<br>Tele. (212) 813-2000<br>Fax: (212) 537-6861<br>acohen@cohenlawpc.net | BORAH, GOLDSTEIN, ALTSCHULER,<br>NAHINS & GOIDEL, P.C. and<br>STEPHEN C. SHULMAN<br>(A Member of the Firm)<br>Defendants *Pro Se*<br><br>By: _____<br>JEFFREY C. CHANCAS, ESQ.<br>(A Member of the Firm)<br>377 Broadway<br>New York, New York 10013<br>Tel. (212) 965-2663<br>Fax (212) 965-2773<br>jchancas@borahgoldstein.com |

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

2

S:\stipulations\Extension\Shenshon v. Shulman&bgang.stip dismissal w prejudice.doc